1  MICHAEL J. REED (122324)
   ATTORNEY AT LAW
2  60 Creek Tree Lane
   Alamo, CA  94507
3  Telephone:    (925) 743-8353
   Facsimile:    (734-6168
4  Email: mreed10202@aol.com

5  Attorney for Plaintiff
   DAVID CRANE
6

7  JACKSON LEWIS P.C.
   ROBERT J. SCHNACK (SBN 191987)
8  801 K Street, Suite 2300
   Sacramento, California  95814
9  Telephone:  (916) 341-0404
   Facsimile:   (916) 341-0141
10 Email:  schnackr@jacksonlewis.com

11 Attorneys for Defendant
   HOUSING AUTHORITY OF THE COUNTY OF BUTTE

12

13                    UNITED STATES DISTRICT COURT

14                   EASTERN DISTRICT OF CALIFORNIA

15                          SACRAMENTO DIVISION

16 | DAVID CRANE,                          | CASE NO.  2:14-CV-02840-MCE-CKD |
   |                                       |                                 |
17 |          Plaintiff,                   | **STIPULATED DISMISSAL WITH**   |
   |                                       | **PREJUDICE; ORDER**            |
18 |     v.                                |                                 |
   |                                       |                                 |
19 | HOUSING AUTHORITY OF THE COUNTY       |                                 |
   | OF BUTTE, a public non-profit entity, AND |                             |
20 | DOES 1 - 50,                          |                                 |
   |                                       |                                 |
21 |          Defendants.                  |                                 |

22

23 TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

24 CALIFORNIA:

25     Plaintiff DAVID CRANE and Defendant HOUSING AUTHORITY OF THE COUNTY

26 OF BUTTE, by and through their respective attorneys of record, hereby stipulate pursuant to Rule

27 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismissal of this action in its entirety,

28 with prejudice, and without an award of attorney's fees or costs to any party.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: April 27, 2015 | MICHAEL J. REED, ATTORNEY AT LAW |
|   | By: /s/ Michael J. Reed (as authorized on 04.27.15) |
|   | MICHAEL J. REED |
|   | Attorney for Plaintiff |
|   | DAVID CRANE |
|   |   |
| Dated: April 28, 2015 | JACKSON LEWIS P.C. |
|   | By: /s/ Robert J. Schnack |
|   | ROBERT J. SCHNACK |
|   | Attorneys for Defendant |
|   | HOUSING AUTHORITY OF THE COUNTY OF BUTTE |

**ORDER**

Based on the foregoing stipulation and good cause having been shown, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

May 11, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT